IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ROMACK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BITCASA, INC,<br><br>　　　　Defendant.<br>———————————————————/ | No. C 14-05005 WHA<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

For good cause shown, the case management conference is hereby continued from February 11 to **FEBRUARY 19 AT 11 A.M.** A joint case management statement is due by **FEBRUARY 12 AT NOON.**

**IT IS SO ORDERED.**

Dated: January 29, 2015.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE