**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAWN ROMACK, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BITCASA, INC.,

    Defendant.

No. C 14-05005 WHA

**ORDER RE STIPULATION RE DISCOVERY AND BRIEFING SCHEDULE**

The parties have filed a stipulation to extend deadlines so that plaintiff can take discovery in connection with defendant's motion to dismiss. The parties' stipulation is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's opposition to defendant's motion to dismiss is due by **APRIL 22 AT NOON**. Defendant's reply is due by **APRIL 29 AT NOON**. The hearing is hereby continued until **MAY 14 AT 8:00 A.M.** All existing deadlines remain in place.

**IT IS SO ORDERED.**

Dated: March 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE